# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DAVID KAIKAI, A# 078-777-684
Petitioner

                               :

v.                                :            Civil Action No.  JKB-12-920

STEVE MILLS, Warden         :
Respondent

. . . .o0o. . . .

## MEMORANDUM

On March 26, 2012, David Kaikai, by his counsel, filed this petition for writ of habeas corpus, challenging his post-removal order detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

On March 19, 2012, this court dismissed without prejudice Kaikai's first petition challenging his post-removal order detention and ordered respondent to report on petitioner's removal status within twenty-eight days. *See Kaikai v. Mills*, Civil Action No. JKB-11-2983 (D.Md. 2012).  The report, filed on April 13, 2012, stated: 1) Kaikai's removal was being arranged by ICE's Enforcement and Removal Operation; 2) Kaikai's  removal on January 10, 2012, was rescheduled after the immigration officer escorting Kaikai became ill; 3) Kaikai refused to voluntarily board commercial flights to Sierra Leone on February 7, 2012 and March 6, 2012; 4) pursuant to ICE policy, Kaikai was transferred to Etowah County Detention Center in Gadsen, Alabama;[1] and 5) Kaikai will be deported to Sierra Leone on an ICE charter flight if he continues to refuse to cooperate in his removal. *See Kaikai v. Mills*, Civil Action No. JKB-11-2983, ECF No. 14, Declaration of Charles Riccio, Supervisory Dentention and Deportation Office.  Counsel will file another report to advise this court of Kaikai's removal status by May 11, 2012.  *See id*, ECF No. 14, transmittal letter from Larry Adams, Assistant United States

---

[1]  It is unclear whether Kaikai was in custody in the District of Maryland when his attorney filed the instant petition.

Attorney.

In light of the information contained in the status report, petitioner is unable to meet his burden to show there is no significant likelihood of his removal in the reasonably foreseeable future. *See Zaydyvdas*, 533 U.S. at 700. Accordingly, this case shall be dismissed without prejudice. A separate order follows.

*May 4, 2012*
Date

James K. Bredar
United States District Judge